# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKIE CROSS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF FOOD AND AGRICULTURE, et al.,<br><br>　　　　　Defendants. | Case No.: 1:18-CV-01302-DAD-JLT<br><br>ORDER DENYING EX PARTE REQUEST TO AMEND THE CASE SCHEDULE AND TO COMPEL THE PLAINTIFF TO SUBMIT TO AN INDEPENDENT MENTAL HEALTH EXAMINATION<br>(Doc. 38) |

　　　　The defendants filed an ex parte request to amend the case schedule and to compel the plaintiff to submit to an independent mental health examination. (Doc. 38) Failing to appreciate the latter issue, the Court ordered the plaintiff to respond (Doc. 39), and she has done so (Doc. 40). After a more careful review of the ex parte request, the Court finds there is no basis upon which it can conclude that the motion should proceed without a properly noticed motion.

　　　　The rationale for the case schedule amendment is two-fold: to obtain medical records that were due on November 30, 2020 and to allow the mental health examination—which has not been agreed to by the plaintiff nor ordered by the Court—to occur. When the ex parte request was filed, the medical records were not overdue and by now, may very well have already been received. Thus, the remaining issues are whether the examination should be permitted and whether the case schedule should be amended to allow for it. Due to the intricate issues at stake, the plaintiff should

1 have sufficient notice of the motion and sufficient time to fully respond. Thus, the ex parte request
2 is DENIED.  The defense may refile a timely and properly noticed motion on the outstanding
3 issues.

5 IT IS SO ORDERED.

6 Dated: **December 7, 2020**                              **/s/ Jennifer L. Thurston**
7                                                                         UNITED STATES MAGISTRATE JUDGE