# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKIE CROSS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF FOOD AND AGRICULTURE, et al.,<br><br>　　　　　Defendants. | Case No.: 1:18-CV-01302-DAD-JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT (Doc. 42) |

The plaintiff reports that she has settled the matter unconditionally. (Doc. 42) Thus, the Court **ORDERS**:

　　1.　　The stipulation to dismiss the action **SHALL** be filed **no later than March 26, 2020**;

　　2.　　All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　Dated:  **February 2, 2021**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE