UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICKIE CROSS,** | Case No. 1:18-CV-01302-DAD-JLT |
| Plaintiff, | **ORDER CLOSING THE ACTION** (Doc. 44) |
| v. | |
| **CALIFORNIA DEPARTMENT OF FOOD AND AGRICULTURE, ET AL,** | |
| Defendants. | |

The parties have stipulated to the action being dismissed with prejudice and with each side to bear their own costs and fees. (Doc. 44) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   **March 26, 2021**           /s/ Jennifer L. Thurston
                                     UNITED STATES MAGISTRATE JUDGE